622

support provisions set forth in the temporary order dated October 4, 1978, are stayed pending disposition of the appeal or further order. Appellant's printed case and brief shall be filed on or before May 7, 1979. Appellee's brief to be filed on or before May 28, 1979.

Billings and Hill, JJ., dissenting from that part of the order staying discovery and staying the order of temporary support.

**Frank J. OPIE v. TOWN OF STAMFORD, No. 74-76**

April 6, 1979. Progress Order dated April 3, 1979, is stricken. Cause to remain on the Progress Calendar if progress is not made by June Term.

**IN RE M. G.; A. G.; J. G.; E. F., Nos. 1-79, 20-79, 21-79, 30-79**

April 6, 1979. Appellant's motion for consolidation for the purposes of oral argument is granted. Appellant's motion for a thirty day extension of time is granted. Appellees' motion to conceal appellees' identities and to seal the record from public view is granted. Appellant's brief to be filed on or before May 7, 1979.

**TOWN OF SWANTON v. Floyd and Sandra BOIVIN, No. 45-79**

April 6, 1979. The appellants have until April 16, 1979, to order this transcript or to procure the necessary order that no transcript is required, as provided by V.R. A.P. 10(b).

**Milton L. BARNES and Beatrice Barnes v. STATE of Vermont, Agency of Transportation, et al., No. 55-79**

April 6, 1979. Pending hearing on the merits of the appeal, the State of Vermont, its servants and agents, are enjoined from proceeding with Project FF019-3(11) in the Town of Middlebury, said injunction to continue until further order of Court. Hearing on the merits of the appeal will be held at 10:00 a.m. on April 19, 1979. Plaintiffs are to furnish the State of Vermont a copy of their brief not later than April 12, 1979, and the State of Vermont is to furnish the plaintiffs a copy of its brief not later than April 18, 1979. Leave is granted to the Ad Hoc Citizens Committee to file a brief as provided by V.R.A.P. 29.

**IN RE T. T., No. 56-79**

April 6, 1979. Appellee's Motion to Conceal Appellant's Identity and to Seal the Record from Public View is granted.

**Barbara CLAFLIN v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 107-78**

April 11, 1979. Appeal dismissed.